(122 So. 831)

**F. A. GILLETTE, Building Inspector, etc., v. FIRESTONE TIRE & RUBBER CO. et al.**
(3 Div. 881.)

Supreme Court of Alabama.   June 6, 1929.

Goodwyn & Goodwyn and Hill, Hill, Whiting, Thomas & Rives, all of Montgomery, for appellant.

John A. Yung, of Montgomery, for appellees.

PER CURIAM.   Reversed and remanded on the authority of F. A. Gillette, as Building Inspector, v. A. P. Tyson, Jr., 122 So. 830, this day decided.

ANDERSON, C. J., and SAYRE, GARDNER, THOMAS, BOULDIN, and FOSTER, JJ., concur.

BROWN, J., not sitting.